UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0147-LDG-GWF |
| Plaintiff, | ORDER |
| v. | |
| RANDY RULEY PHILLIPS, | |
| Defendant. | |

The court conducted a revocation hearing on Thursday, September 4, 2014.  Amber Craig appeared on behalf of the government, and Paul Riddle was present on behalf of the Defendant who was present in custody.  The Defendant admitted the violations and submitted to revocation of his pretrial release.  At the conclusion of the hearing, counsel for Phillips indicated that his client's leg was swollen and purple and that he had not recently received medical attention.  The court directed the U.S. Marshals Service to report to the court concerning medical attention, if any,  provided to Mr. Phillips.

Shortly after the hearing, the U.S. Marshals Service supervisor in charge of detention management reported to the court that he had communicated with medical personnel at Southern Nevada Detention Center and was advised that Phillips was transported to Desert View Hospital on August 22, 2014, where he was treated and cleared for release with discharge instructions for medications.  On August 29, 2014, he was seen by a doctor at the Southern Nevada Detention Center.  The doctor ordered compression stockings and increased his medications.  The detention center reports that Phillips receives daily visits from a nurse who administers his medication, and that Phillips may request medical attention at any time using internal procedures.

The U.S. Marshals Service additionally reports that prior to his arrest on the petition for violation of the conditions of his pretrial release, on August 15, 2014,  he was in the custody of

the Las Vegas Metropolitan Police Department ("LVMPD").  While in LVMPD custody he was transported to the hospital.  When it was determined no state charges were pending, LVMPD officers left the hospital.  Phillips reportedly removed IV lines from his person and left the hospital before being discharged.

   **IT IS ORDERED** that counsel for Defendant shall obtain a medical authorization release from his client and obtain his medical records before requesting any additional relief from the court of this nature.

   DATED this 4th day of September, 2014.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE