# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00147-LDG (GWF) |
| v. | **ORDER** |
| JACLYN MIKIE SUMARNKANT, QUY NGUYEN, *et al.*, | |
| Defendants. | |

Defendants Quy Nguyen and Jaclyn Sumarnkant were represented by the same attorney: Erick Ferran, Esq. The government moved to disqualify (#131) Mr. Ferran from jointly representing both defendants on the basis of a potential conflict of interest arising out of the joint representation. The Court held a hearing on the motion, during which Mr. Ferran acknowledged that it would be appropriate to grant the motion and require that one of his clients obtain separate counsel.

A review of the docket indicates that Gabriel Grasso and Brian J. Smith moved to be substituted as counsel for Sumarnkant (#137), and that the motion has been granted (#139). Accordingly, as the government's motion remains pending,

THE COURT **ORDERS** that the Motion to Disqualify (#131) is GRANTED *nunc pro tunc* to March 4, 2015.

DATED this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge