UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RANDY RULEY PHILLIPS,<br><br>　　　　Defendant. | 2:13-cr-147-LDG-GWF<br><br>ORDER |

**ORDER**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Thursday, May 28, 2015 at 9:00 a.m., be vacated and continued to Monday, August 3, 2015 at the hour of 10:00 a.m..

DATED this 22 day of MAY, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE