**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-147-LDG-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | Motion for Hearing (#188) |
| RANDY RULEY PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Hearing to Address Medical Concerns (#188), filed on April 5, 2016. The Court conducted a hearing in this matter on April 18, 2016.

Defendant states that he suffers from multiple sclerosis and other illnesses or conditions. He states that while housed in the Nevada Southern Detention Center, a detention center doctor "prescribed" or authorized him to receive graviola, a non-prescription medication which was successful in controlling his headache symptoms. That physician left the detention facility and a new physician was assigned to oversee Defendant's medications and other medical care. The new physician stopped providing graviola and instead has prescribed gabapentin which is an anti-seizure medication. Defendant states that his headaches are no longer under control since he ceased receiving graviola. The gabapentin does not control his headaches. He also states that he has never had seizures. Based on the Defendant's representations,

**IT IS HEREBY ORDERED** that the Detention Center medical staff shall review Defendant's medication needs and shall either reinstate providing Defendant with graviola since that reportedly controlled his headache symptoms, or shall provide a report to the Court explaining why

the cessation of providing graviola to Defendant was a proper medical decision with respect to Defendant's medical condition and needs. The status report is due on or before April 26, 2016.

DATED this 18th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge