# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY RULEY PHILLIPS,<br><br>Defendant. | Case No. 2:13-cr-147-LDG-GWF<br><br>**ORDER** |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Thursday, June 16, 2016 at 11:00 a.m., be vacated and continued to August 15, 2016 at the hour of 11:00 a.m. in courtroom 6B.

DATED this 16 day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3